JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br><br>                Plaintiff,<br><br>    v.<br><br>ANCHOR INVESTMENTS, et al.,<br><br>                Defendants. | Case No. 2:22-cv-01878-FLA (MAAx)<br><br>**ORDER DISMISSING ACTION [DKT. 14]** |

1 | On June 21, 2022, Plaintiff Robert Cauley ("Plaintiff") filed a Notice of Voluntary Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 14. Having considered the Notice of Voluntary Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The court's March 24, 2022 Order to Show Cause ("OSC") and June 16, 2022 Order for additional briefing are DISCHARGED as moot.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: June 23, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2